Argued at Pendleton October 31, 1922, reversed and remanded January 16, rehearing denied February 6, 1923.

SWORD v. EAST OREGON LUMBER COMPANY.

(211 Pac. 941.)

From Wallowa: J. W. KNOWLES, Judge.

In Banc.

REVERSED AND REMANDED. REHEARING DENIED.

For appellant there was a brief and oral arguments by *Mr. Daniel Boyd* and *Mr. J. A. Burleigh.*

For respondent there was a brief over the name of *Messrs. Nichols, Hallock & Donald,* with an oral argument by *Mr. Blaine Hallock.*

BURNETT, J.—This case was heard on appeal with, and involves precisely the same issues determined in *Anderson* v. *East Oregon Lumber Co., post,*

p. 459 (211 Pac. 937), this day decided. As in that case, the judgment of the Circuit Court is reversed and the cause remanded.

REVERSED AND REMANDED.   REHEARING DENIED.

HARRIS, J., Dissenting.—The material facts in the case of *Anderson* v. *East Oregon Lumber Co.* constitute the material facts in this cause. For the reasons expressed in the companion case, I am of the opinion that Sword has a remedy for the wrong done him, if any was done, if the defendant was the doer of such wrong; and I therefore dissent from the ruling that the plaintiff as an individual is remediless.

Mr. Justice BEAN concurs in this dissent.